IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | Case No. CR-04-76-S-BLW |
| ) | |
| v.  ) | **FINAL ORDER** |
| ) | **OF FORFEITURE** |
| RYAN HUNTER JENSEN,  ) | |
| ) | |
| Defendant.  ) | |
| _____  ) | |

    The Court has before it a Motion for Final Order of Forfeiture in the above-referenced matter.

    The record reflects that, on March 7, 2005, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §924(d) (made applicable pursuant to 28 U.S.C. § 2461(c)), and 21 U.S.C. § 853, and based upon the Plea Agreement entered into in the above case between Ryan Hunter Jensen, and the United States on November 24, 2004.

    The United States caused to be published in the Idaho Statesman, a newspaper with general circulation in the State of Idaho, notice of this forfeiture and of the intent of the United States Attorney General (or a designee) to dispose of the property in accordance with the law and as specified in the Preliminary Order, and notified all third parties of their right to petition the Court within thirty (30) days for a hearing to

**Order - 1**

adjudicate the validity of their alleged legal interest in the property;

Claimant Bob McJunkin filed a Verified Claim with the Court on 3/24/05 for the return of the Glock Model 22C .40 semi-automatic pistol, serial number DPR 792US;

No other claims were filed.

Accordingly,

IT IS HEREBY ORDERED that the Motion for Final Order of Forfeiture (Docket No. 46) is GRANTED.

IT IS FURTHER ORDERED that the Department of Justice, Office of Alcohol, Tobacco, Firearms and Explosives (ATF&E) is authorized and designated to forthwith seize all of the forfeited properties, not heretofore seized, which are described below; and

IT IS FURTHER ORDERED that the Glock Model 22C .40 semi-automatic pistol, serial number DPR 792US, is to be returned to Claimnt Bob McJunkin by ATF&E.

IT IS FURTHER ORDERED that the right, title and interest to the property described below is hereby condemned, forfeited and vested in the United States Department of Justice, Office of Alcohol, Tobacco, Firearms and Explosives (ATF&E), and no claim of interest in this property shall exist in any other person or entity, and this property shall be disposed of according to law:

Currency:

1. The approximate sum of $2,580.00 in United States Currency

Firearms and Ammunition associated therewith:

1. Browning, Model Buck Mark, .22 semi-automatic pistol, S/N 655NT18924.

**Order - 2**

IT IS FURTHER ORDERED that all parties herein shall bear their own costs and fees.

DATED:  **June 13, 2005**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order - 3**